BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON ) | Case No. 1:12−CV−01654−AWI−JLT |
| Plaintiff, ) | STIPULATION FOR DISMISSAL; ORDER |
| v. ) | |
| UNITED STATES OF AMERICA; THE GEO GROUP, INC., and JOHN DOES 1-9, ) | |
| Defendants. ) | |

    Plaintiff Gregory Edison and defendants United States, The GEO Group, Inc., and Management & Training Corporation hereby stipulate by and through their respective attorneys that this action be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

                              Respectfully submitted,

Dated:  January 18, 2013        BENJAMIN B. WAGNER
                                    UNITED STATES ATTORNEY


                                    /s/Alyson A. Berg
                                    Alyson A. Berg
                                    Assistant United States Attorney
                                    Attorney for Defendant United States of America

///

///

///

| | | |
|---|---|---|
| 1 | Dated:  January 17, 2013 | FELDMAN AND WALLACH<br>(Per Authorization 1/17/13) |
| 2 | | |
| 3 | | /s/ Ian Michael Wallach |
| 4 | | Ian Michael Wallach<br>Attorneys for Plaintiff Gregory Edison |
| 5 | Dated:  January 17, 2013 | BURKE, WILLIAMS & SORENSEN LLP<br>(Per Authorization 1/17/13) |

/s/ Susan E. Coleman
Susan E. Coleman
Attorney for Defendants The GEO Group, Inc.
and Management & Training Corporation (MTC)

**ORDER FOR DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:   January 18, 2013

SENIOR  DISTRICT  JUDGE