| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | ALYSON A. BERG |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Defendant UNITED STATES OF AMERICA |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GREGORY EDISON | ) | Case No. 1:12−CV−01654−AWI−JLT |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL; ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA; THE GEO GROUP, INC., and JOHN DOES 1-9, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Gregory Edison and defendants United States, The GEO Group, Inc., and Management & Training Corporation hereby stipulate by and through their respective attorneys that this action be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: January 18, 2013    BENJAMIN B. WAGNER
                UNITED STATES ATTORNEY

                /s/Alyson A. Berg
                Alyson A. Berg
                Assistant United States Attorney
                Attorney for Defendant United States of America

///

///

///

| | | |
|---|---|---|
| Dated: January 17, 2013 | | FELDMAN AND WALLACH<br>(Per Authorization 1/17/13) |
| | | /s/ Ian Michael Wallach<br>Ian Michael Wallach<br>Attorneys for Plaintiff Gregory Edison |
| Dated: January 17, 2013 | | BURKE, WILLIAMS & SORENSEN LLP<br>(Per Authorization 1/17/13) |
| | | /s/ Susan E. Coleman<br>Susan E. Coleman<br>Attorney for Defendants The GEO Group, Inc.<br>and Management & Training Corporation (MTC) |

## ORDER FOR DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: January 18, 2013

SENIOR DISTRICT JUDGE